Movant's Purchases and Losses

Pitney Bowes

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Labourers' Pension Fund of Central and Eastern Canada | 10/11/2007 | 42,200 | $45.33 | $1,912,723.44 | held | 55,500 | $37.52 | $2,082,258.25 | |
| Labourers' Pension Fund of Central and Eastern Canada | 10/12/2007 | 11,100 | $45.36 | $503,503.77 | | | | | |
| Labourers' Pension Fund of Central and Eastern Canada | 10/15/2007 | 2,200 | $45.37 | $99,820.60 | | | | | |
| Movant's Total | | 55,500 | | $2,516,047.81 | | 55,500 | | $2,082,258.25 | ($433,789.56) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $37.52 as of January 25, 2008.