UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NECA-IBEW HEALTH & WELFARE FUND, Individually and On Behalf of All Others Similarly Situated, | : | NO. 3:09-CV-1740(VLB) |
| V. | : | |
| PITNEY BOWES INC., MURRAY D. MARTIN, and BRUCE NOLOP, | : | |

## JUDGMENT

This action having come before the Court on a motion to dismiss filed by the defendants, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting the defendants' motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 25th day of March, 2013.

ROBIN D. TABORA, Clerk

By /s/LL
Loraine LaLone
Deputy Clerk

EOD: 3/25/13